IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

**1) RUDY APOLINAR MEJIAS-SANTANA**
2) GUILLERMO JIMENEZ-JIMENEZ

Defendants

CRIMINAL 11-0406CCC

**ORDER**

Having considered the Report and Recommendation filed on March 30, 2012 (**docket entry 43**) on a Rule 11 proceeding of defendant Rudy Apolinar Mejías-Santana (1) held before U.S. Magistrate Judge Marcos E. López on March 22, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 22, 2012. The **sentencing hearing is set for June 20, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 27, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge